United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17722-ref
Maria A. Torres Fontan                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: dlv              Page 1 of 2              Date Rcvd: May 23, 2019
                             Form ID: pdf900        Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
db         +Maria A. Torres Fontan,   1030 Chestnut Street,   Reading, PA 19602-1952
smg        +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg        +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg        +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14014019   +Convergent Outsourcing,   800 Sw 39th St,   Renton, WA 98057-4927
14229114   +Mendelsohn and Mendelsohn, P.C.,   637 Walnut Street,   Reading, PA 19601-3524
14014022   +National Credit Adjust,   327 W 4th Ave,   Hutchinson, KS 67501-4842
14014026   +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 24 2019 02:47:02
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 24 2019 02:47:10     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14084929   +E-mail/Text: g20956@att.com May 24 2019 02:47:17    AT&T Mobility II LLC,
             c/o AT&T SERVICES INC.,   KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
             BEDMINSTER, NJ. 07921-2693
14014017   +E-mail/Text: bkrpt@retrievalmasters.com May 24 2019 02:47:03
             American Medial Collection Agency,   4 Westchester Plaze,   Suite 110,
             Elmsford, NY 10523-1615
14014018   +E-mail/Text: collections@bellcocu.org May 24 2019 02:47:18    Bellco Fcu,   609 Spring St,
             Wyomissing, PA 19610-1701
14089522   +E-mail/Text: collections@bellcocu.org May 24 2019 02:47:18    Bellco Federal Credit Union,
             609 Spring Street,   Wyomissing, PA 19610-1701
14014020   +E-mail/Text: bknotice@ercbpo.com May 24 2019 02:47:06    Enhanced Recovery Co L,
             8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14014023   +E-mail/Text: Bankruptcies@nragroup.com May 24 2019 02:47:25    National Recovery Agen,
             2491 Paxton St,   Harrisburg, PA 17111-1036
14102292   +E-mail/Text: blegal@phfa.org May 24 2019 02:47:05    PENNSYLVANIA HOUSING FINANCE AGENCY,
             211 North Front Street,   Harrisburg, PA 17101-1406
14014025   +E-mail/Text: blegal@phfa.org May 24 2019 02:47:05    Pa Housing Finance Age,   211 N Front St,
             Harrisburg, PA 17101-1406
14014027    E-mail/Text: bkrcy@ugi.com May 24 2019 02:47:19    UGI,   P.O. Box 13009,   Reading, PA  19612
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14014021*     +Enhanced Recovery Co L,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14278862*     +Mendelsohn and Mendelsohn, P.C.,   637 Walnut Street,   Reading, PA 19601-3524
14014024*     +National Recovery Agen,   2491 Paxton St,   Harrisburg, PA 17111-1036
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
          BRENNA HOPE MENDELSOHN    on behalf of Debtor Maria A. Torres Fontan tobykmendelsohn@comcast.net
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com

```
District/off: 0313-4          User: dlv              Page 2 of 2            Date Rcvd: May 23, 2019
                              Form ID: pdf900        Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
        REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
        ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

        TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| MARIA A TORRES FONTAN | |
| | : Chapter 13 |
| Debtor(s) | : Bankruptcy No. 17-17722REF |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is dismissed.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s) plan shall be refunded to the Debtor unless a party files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby terminated and the employer shall cease wage withholding immediately.

**Date: May 23, 2019**

BY THE COURT

Richard E. Fehling, Chief B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING PA 19601-

MARIA A TORRES FONTAN
1030 CHESTNUT STREET
READING, PA 19602